# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| SURESH KUMAR, Individually, and on Behalf of All Employees Similarly Situated,<br>　　　Plaintiff,<br><br>v.<br><br>KRS GLOBAL BIOTECHNOLOGY, INC.,<br>CLEVELAND DIABETES CARE, INC.,<br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 9:21-cv-80151-DMM |

## SUMMONS IN A CIVIL ACTION

To:　KRS GLOBAL BIOTECHNOLOGY, INC.
ATTN: Elsa Kerpi
791 Park of Commerce Blvd., Suite 600
Boca Raton, FL 33487

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)2) or (3) - you must serve on the plaintiff and answer to the attached complaint or motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Christine Tomasello, Esquire
Tomasello Legal, P.A.
10299 Southern Boulevard, Unit 212451
Royal Palm Beach, FL  33411

If you fail to respond, judgement by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____

_____
Deputy Clerk
U.S. District Courts