# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of FLORIDA

Case Number: 9:21-CV-80151-DMM

Plaintiff:
SURESH KUMAR, individually, and on behalf of All Employees Similarly Situated

vs.

Defendants:
KRS GLOBAL BIOTECHNOLOGY, INC., CLEVELAND DIABETES CARE, INC

ROC2021001527

For:
Christine Tomasello, Esq.
Tomasello Legal, P.A.
10299 Southern Blvd.
Unit 212451
Royal Palm Beach, FL 33411

Received by Michael Gonedes on the 9th day of February, 2021 at 12:59 pm to be served on KRS Global Biotechnology, Inc ATTN:Elsa Kerpi, 791 Park of Commerce Blvd., Suite 600, Boca Raton, FL 33487.

I, Michael Gonedes, do hereby affirm that on the 10th day of February, 2021 at 9:03 am, I:

CORPORATE: served by delivering a true copy of the Summons in a Civil Action and Plaintiff's Collective Action Complaint and Demand for Jury Trial with the date and hour of service endorsed thereon by me, to: Dennis Flaggerty as Manager of KRS Global Biotechnology, Inc, in the absence of the Registered Agent, President, Vice President, Secretary, Treasurer, or any other corporate officer at the address of: 791 Park of Commerce Blvd., Suite 600, Boca Raton, FL 33487, and informed said person of the contents therein, in compliance with Federal Rules of Civil Procedure, Florida Statute 48.081 or other state statute as applicable.

Description of Person Served: Age: 40, Sex: M, Race/Skin Color: White, Height: 5'11", Weight: 190, Hair: Black, Glasses: N

Under penalties of perjury, I declare that I have read the foregoing and that the facts stated in it are true. I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the county in which service was effected in accordance with State Statutes.

Michael Gonedes
Process Server 1980

Rock Legal Services & Investigations Inc
2048 Ponce De Leon Avenue
West Palm Beach, FL 33407
(561) 296-7574

Our Job Serial Number: ROC-2021001527
Ref: Kumar v. KRS Global and Cleveland Diabet

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1t