## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of FLORIDA

Case Number: 9:21-CV-80151-DMM

Plaintiff:
**SURESH KUMAR, individually, and on behalf of All Employees Similarly Situated**

vs.

Defendants:
**KRS GLOBAL BIOTECHNOLOGY, INC., CLEVELAND DIABETES CARE, INC**

ROC2021001877

For:
Christine Tomasello, Esq.
Tomasello Legal, P.A.
10299 Southern Blvd.
Unit 212451
Royal Palm Beach, FL 33411

Received by Michael Gonedes on the 12th day of February, 2021 at 10:41 am to be served on **Cleveland Diabetes Care, Inc. ATTN:Charles Richardson, 791 Park of Commerce Blvd, Suite 600, Boca Raton, FL 33487.**

I, Michael Gonedes, do hereby affirm that on the **15th day of February, 2021** at **3:04 pm**, I:

**CORPORATE REGISTERED AGENT EMPLOYEE:** served by delivering a true copy of the **Summons in a Civil Action and Plaintiff's Collective Action Complaint and Demand for Jury Trial** with the date and hour of service endorsed thereon by me, to: **Dennis Flarity** who is an employee for the Registered Agent for **Cleveland Diabetes Care, Inc.** at the address of **791 Park of Commerce Blvd, Suite 600, Boca Raton, FL 33487**, and informed said person of the contents therein, in compliance with Federal Rules of Civil Procedure, Florida Statute 48.081(3)(a) or other state statute as applicable after having first made an attempt during registered agent hours and the registered agent not being available.

**Description** of Person Served: Age: 40, Sex: M, Race/Skin Color: White, Height: 6'1", Weight: 200, Hair: Black, Glasses: N

Under penalties of perjury, I declare that I have read the foregoing and that the facts stated in it are true. I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the county in which service was effected in accordance with State Statutes.

Michael Gonedes
Process Server 1980

Rock Legal Services & Investigations Inc
2048 Ponce De Leon Avenue
West Palm Beach, FL 33407
(561) 296-7574

Our Job Serial Number: ROC-2021001877
Ref: Kumar v. KRS Global and Cleveland Diabet