UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:21-cv-80151-DMM

SURESH VASUDEYAN KUMAR,

       Plaintiff,

v.

KRS GLOBAL BIOTECHNOLGY, INC.,
and CLEVELAND DIABETES CARE, INC.,

       Defendants.
_____/

### RENEWED AND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendants, KRS GLOBAL BIOTECHNOLOGY, INC. and CLEVELAND DIABITES CARE, INC. (collectively, "***Defendants***"), by and through the undersigned counsel hereby file this Renewed and Unopposed Motion for an Extension of Time to Respond to the Complaint of Plaintiff, Suresh Vasudeyan Kumar ("***Plaintiff***"), and in support thereof states:

    1.    Defendant, KRS Global Biotechnology, Inc. ("***KRS***"), was placed into a receivership, and was unable to retain counsel or otherwise defend against the instant action in the case captioned *SummitBridge National Investments VII, LLC v. KRS Global Biotechnology, Inc.*, Case No. 2021-CA-3530. And, due to its affiliation with Defendant KRS, Cleveland Diabetes Care, Inc. was unable to respond to the Complaint either.

    2.    On or about April 27, 2021, an Agreed Motion to Terminate Receivership was filed, permitting Defendants to retain the undersigned counsel.

    3.    Unfortunately, however, the undersigned needs additional time to investigate the facts and circumstances concerning the instant case.

4.	As a result, the undersigned requests an extension of time, up through and including May 14, 2021 to respond to the Complaint.

5.	Undersigned counsel has conferred with counsel for Plaintiff, Christine Tomasello, who has stated that Plaintiff has no objection to the requested 10 calendar day extension of time.

WHEREFORE, Defendants respectfully request that the Court enter an Order: (i) Granting the Unopposed Motion; (ii) Extending the time for Defendants to respond to the Complaint, up through and including May 14, 2021; and (iii) Granting such further relief as the Court deems just and proper.

Respectfully submitted,

**MILLENNIAL LAW, INC.**
*Attorneys for Defendants*
501 E. Las Olas Blvd Ste 200/308
Fort Lauderdale Fl 33301
Phone: 954-271-2719

By:  *s/ Zachary P. Hyman*
  Zachary P. Hyman
  Florida Bar No.  98581
  zach@millenniallaw.com
  millenniallawforms@gmail.com
  jessica@millenniallaw.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this **4th** day of May, 2021, the foregoing was filed using the Court's CM/ECF system which sent notice of electronic filing to the parties listed in the attached Service List.

By:  *s/ Zachary P. Hyman*
  Zachary P. Hyman

## Service List

**Christine Marie Tomasello**
10299 Southern Boulevard
Ste Unit #212451
Royal Palm Beach, FL 33411
561-755-7090
Fax: 561-799-4050
Email: ctomaselloesq@gmail.com
*Attorney for Plaintiff*