UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-80151-Civ-MATTHEWMAN

SURESH KUMAR,

    Plaintiff,

vs.

KRS GLOBAL BIOTECHNOLOGY, INC., and CLEVELAND DIABETES CARE, INC.,

    Defendant.

_____/

FILED BY KJZ D.C.
Nov 8, 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Dismissal Without Prejudice ("Notice") [DE 36]. Because of the FLSA claim in this case, the Court set a Fairness Hearing via Zoom video teleconference on November 8, 2021. [DE 37]. During the hearing, the parties advised that the Notice was not filed pursuant to a settlement between the parties. As such, the Court accepts the Notice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. This action is **DISMISSED WITHOUT PREJUDICE**;

2. The Clerk of Court is directed to **CLOSE** this case.

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 8th day of November, 2021.

WILLIAM MATTHEWMAN
United States Magistrate Judge